IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR119 |
| | ) | |
| v. | ) | |
| | ) | |
| SHEILA NOWLAND and BOE WOOD, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motions to continue (Filing Nos. 25 and 31). Subject to the filing of a written waiver of speedy trial, the Court finds said motions should be granted. Accordingly,

IT IS ORDERED that the motions to continue are granted on the condition that defendants file a written waiver of speedy trial. Trial is scheduled for:

**Monday, July 21, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. In order to accommodate the Court's schedule and to give counsel time to pursue plea negotiations or prepare for trial, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between June 16, 2008, and July 21, 2008, shall be deemed excludable time in any computation

of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court